IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELA HAMLETT**<br>737 Upsal Street, SE<br>Washington, DC 20032<br><br>    Plaintiff,<br><br>        v.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>300 7th Street SW<br>Washington, D.C. 20024<br><br>    Defendant. | Civil Action No. 1:26-cv-848 |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Columbia:

NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. §§ 1441 and 1446, and Pub. L. No. 89–774, 80 Stat. 1324 (1966), codified as amended at D.C. Code § 9-1107.01(81), Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby removes the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are as follows:

1.  On or about January 29, 2026, the Plaintiff, Angela Hamlett, commenced this action in the Superior Court of the District of Columbia, Case No. 2026-CAB-000596, by filing a Complaint against Defendant WMATA. Plaintiff has not served defendant WMATA, to date.

2. The Complaint purports to allege a claim for negligence against the Defendant.

3. This Court has original jurisdiction of this action under 28 U.S.C. § 1331 pursuant to the WMATA Compact, Pub. L. No. 89–774, 80 Stat. 1324 (1966), codified as amended at D.C. Code § 9-1107.01(81).

4. WMATA has never received the Complaint by certified mail. On February 12, 2026, WMATA received the notice of Notice of Remote Initial Schedule Conference by mail. Therefore, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b). WMATA has never received the Complaint by certified mail.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Columbia is the district and division embracing the place where the state court action is pending.

6. Promptly after filing this Notice of Removal, WMATA will give written notice thereof to all adverse parties and will file a copy of this Notice with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

7. The Complaint, Notice of Remote Initial Scheduling Conference, and Summons accompany this Notice of Removal. The Notice of Remote Initial Scheduling Conference was the only document served upon WMATA in the state court action.

WHEREFORE, WMATA respectfully requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

DATE: March 11, 2026                    Respectfully submitted,

                                        WASHINGTON METROPOLITAN AREA
                                        TRANSIT AUTHORITY

By Counsel

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr.
Bar No.: 995449
Senior Counsel II
WMATA Legal Department
300 Seventh Street, S.W.
Room 712-04 East
Washington, DC 20024
Tel.: 202-627-4540
Fax: 202-962-2550
Email: nmjaney@wmata.com

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2026, a true and correct copy of the foregoing was served by email upon:

Frederick J. Brynn, Esq.
The Law Firm of Frederick J. Brynn, P.C.
922 Pennsylvania Avenue, SE
Washington, DC 20003
fred.brynn@brynnlaw.com
*Counsel for Plaintiff*

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. (Bar No.: 995449)

3