# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA HAMLETT<br>737 Upsal Street, SE<br>Washington, DC 20032<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>300 7th Street SW<br>Washington, D.C. 20024<br><br>    Defendant. | Civil Action No. 1:26-cv-848 |

### DEFENDANT WMATA'S FILING OF PREVIOUS FILINGS IN STATE COURT

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby submits the filings previously made in state court in this action being removed.

1. Complaint.
2. Summons
3. Notice of Remote Initial Schedule Conference
4. Superior Court - Civil Information Sheet

These documents constitute all documents known to WMATA related to this case.

Respectfully submitted,

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr.
Bar No.: 995449
Senior Counsel II
WMATA Legal Department
300 Seventh Street, S.W.
Room 712-04 East
Washington, DC 20024
Tel.: 202-627-4540
Fax: 202-962-2550
Email: nmjaney@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant WMATA's Filing of Previous Filings in State Court was electronically filed and sent to the following people, via electronic mail, this 11th day of March 2026, to:

Frederick J. Brynn, Esq.
The Law Firm of Frederick J. Brynn, P.C.
922 Pennsylvania Avenue, SE
Washington, DC 20003
fred.brynn@brynnlaw.com
*Counsel for Plaintiff*

/s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. (Bar No.: 995449)

2